No. 389 April 30, 2025 255

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of S.-M. B. L.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

T. L. L.,
*Appellant.*

Lane County Circuit Court
24JU02255; A185536

Amit K. Kapoor, Judge.

Submitted March 14, 2025.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Gabe Newland, Deputy Public Defender, Oregon Public Defense Commission, filed the briefs for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Robert A. Koch, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

We reverse and remand for entry of a jurisdictional judgment that omits allegation 4C.

**LAGESEN, C. J.**

Mother appeals from a judgment of the juvenile court taking jurisdiction over her child. Mother argues that the trial court erred by asserting jurisdiction on the basis of mother's "chaotic lifestyle and/or residential instability," as alleged in paragraph 4C of the dependency petition, because that jurisdictional basis is not supported by the evidence. The state concedes the error. We have reviewed the record and accept the state's concession.[1]

We reverse and remand for entry of a jurisdictional judgment that omits allegation 4C.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.